FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 SEP 30  AM 9 23

_D. Littleton_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

EUGENE THOMAS,

    Plaintiff,

vs.

THOMAS AMMONS; KEVIN KINNEL;
Lt. GREENE; Lt. NORMAN;
Off. St. JAQUES; BRIGETTE V.
JENKINS; and Off. DAVENPORT,

    Defendants.

CASE NO.: 1:08-CV-145  (WLS)

## ORDER

Before the Court is an Order and Recommendation (Doc. 25) from United States Magistrate Judge Richard L. Hodge, filed July 31, 2009. It is recommended that Defendants Ammons and Kinnel's Motion to Dismiss be granted and that claims against Officer Jenkins in her official capacity be dismissed. It is also recommended that Plaintiff's Motion for Default Judgment against Defendant Jenkins be denied. Plaintiff filed no objection to the Recommendation.

Upon full review and consideration upon the record the Court finds that the said Recommendation should be, and hereby is, ACCEPTED , ADOPTED and made the order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Ammons and Kinnel's Motion to Dismiss is GRANTED and they are dismissed from this action. The claims against Defendant

Jenkins in her official capacity are also DISMISSED and Plaintiff's Motion for Default Judgment against Defendant Jenkins is DENIED.

**SO ORDERED**, this 29th day of **September, 2009.**

_____
**W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**